# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

**UNITED STATES OF AMERICA**
    Plaintiff,

  v.                                 Case No. 13-CR-041

**DEMETRIUS MOORE**
    Defendant.

## **ORDER**

Pursuant to defendant's request,

**IT IS ORDERED** that an amended judgment issue containing a recommendation that defendant be placed in a facility closest to the Eastern District of Wisconsin. Fed. R. Crim. P. 35.

Dated at Milwaukee, Wisconsin, this 30th day of April, 2014.

                                    /s Lynn Adelman
                                    _____
                                    LYNN ADELMAN
                                    District Judge